# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff(s), ) | NO. CR 10-00336-FRZ-JCG |
| ) | ORDER |
| vs. ) | |
| ) | |
| Asencion Alcantar-Mendivil, ) | |
|     Defendant(s). ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Motion to Dismiss - Bad Faith Destruction of Exculpatory Evidence (Doc.20).

On October 13, 2010 Magistrate Judge Jennifer C. Guerin issued her Report and Recommendation (Doc.26). A copy was sent to all parties. Defendant filed an Objection to the Report and Recommendation on October 27, 2010 (Doc. 27). The Government filed its Response on November 8, 2010 (Doc.30).

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Defendant's objections are DENIED.

/////
/////
/////

1     IT IS FURTHER ORDERED that Magistrate Judge Guerin's Report and
Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

   IT IS FURTHER ORDERED that the Motion to Dismiss - Bad Faith Destruction of Exculpatory Evidence is DENIED.

   DATED this 23rd day of November, 2010.

```
                                    _____
                                    Frank R. Zapata
                                    Senior United States District Judge
```