1

2

3          **IN THE UNITED STATES DISTRICT COURT**

4              **FOR THE DISTRICT OF ARIZONA**

5   UNITED STATES OF AMERICA,              )
                                           )   **NO. CR 10-00336-FRZ-JCG**
6          Plaintiff(s),                   )
                                           )        **ORDER**
7   vs.                                    )
                                           )
8   Asencion Alcantar-Mendivil,            )
                                           )
9          Defendant(s).                   )
                                           )
10                                         )
                                           )
11

12          This matter was referred to the United States Magistrate Judge pursuant to 28

13   U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report

14   and recommendation on Defendant's Third Motion to Dismiss (Doc.37).

15          On January 20, 2011, Magistrate Judge Jennifer C. Guerin conducted a hearing

16   and on January 28, 2011 issued her Report and Recommendation (Doc. 53). A copy was

17   sent to all parties. Defendant filed his Objection to Report and Recommendation on

18   February 14, 2011 (Doc.61).

19          The Court, having made an independent review of the record herein, orders as

20   follows:

21          IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is

22   ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law

23   in this matter.

24          IT IS ORDERED that the Third Motion to Dismiss is DENIED.

25          DATED this 23rd day of February, 2011.

26

27   _____

28                                      Frank R. Zapata
                                  **Senior United States District Judge**