# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-00336-FRZ-JCG |
| Plaintiff(s), | |
| vs. | ORDER |
| Asencion Alcantar-Mendivil, | |
| Defendant(s). | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation on Defendant's Second Motion to Dismiss [Doc 33].

On February 4, 2011, Magistrate Judge Jennifer C. Guerin conducted a hearing and on February 7, 2011 issued her Report and Recommendation [Doc 58]. A copy was sent to all parties. Defendant filed his Objection to Report and Recommendation on February 20, 2011 [Doc 63].

The Court, having made an independent review of the record herein, orders as follows:

IT IS ORDERED that Magistrate Judge Guerin's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS ORDERED that the Second Motion to Dismiss [Doc 33] is DENIED.

DATED this 17th day of March, 2011.

_____
Frank R. Zapata
Senior United States District Judge